# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2039
LT Case No. 2011-CF-355

_____

DONALD L. BRUSH, III,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Donald L. Brush, III, Crawfordville, pro se.

No Appearance for Appellee.

October 24, 2023

PER CURIAM.

   AFFIRMED.

WALLIS, JAY, and SOUD, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*